**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In Re: Nondas Davis**                      :
    **Edward Davis**                      :     Case No. 17-10158
                                              :     Chapter 13
                                              :
                                              :
                                              :
                                              :

**CHAPTER 13 PLAN**

1. Payments to the Trustee: The future earnings or other future income of the Debtor is submitted to the supervision and control of the Trustee. The total plan length is 60 months. To date, Debtor has paid $3,702.00. Under the plan, Debtor shall pay to the Trustee the sum of:

    $1,120.00 beginning February 10, 2017 for 60 months.

2. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this plan.

    a. Secured creditors shall retain their mortgage, lien or security interest in collateral until the amount of their allowed secured claims have been fully paid. The provisions of this paragraph shall operate to cure any pre-petition default of any real estate security agreement. Debtor must fully comply with all requirements of this plan.

    b. All priority creditors under 11 USC §507 shall be paid in full in deferred cash payments.

3. From the payments received under the plan, the Trustee shall make the disbursements as follows:

    **a. Administrative Expenses**:

        Trustee's Fee shall not exceed 10%.

    **b. Priority claims under 11 USC §507**

| Creditor | Amount |
|---|---|
| None | |

**c. Secured claims**

| Creditor | Arrearage Amount |
| --- | --- |
| US National Bank Association | $50,000.00 |
| City of Philadelphia (Water) | $11,000.00 |

**d. Unsecured claims**

(1) General nonpriority unsecured claims totaling shall be paid pro-rata with no interest.

4. The Debtor shall make regular payments directly to the following creditors:

US National Bank Association (PHFA)


Date: January 24, 2017              /s Nondas Davis
                                    Debtor

                                    /s Edward Davis
                                    Co-Debtor