# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10158-JKF

NONDAS DAVIS
EDWARD DAVIS
4909 N. 15th Street

Philadelphia, PA 19141

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    NONDAS DAVIS
    EDWARD DAVIS
    4909 N. 15th Street

    Philadelphia, PA 19141

Counsel for debtor(s), by electronic notice only.

    DIANE E BARR, ESQUIRE
    LAW OFFICE OF DIANE E BARR
    4206 CHESTNUT ST - 1ST FLR
    PHILADELPHIA, PA 19104-

                             /S/ William C. Miller

Date: 2/9/2017                      _____

                                   William C. Miller, Esquire
                                   Chapter 13 Standing Trustee