United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10158-jkf
Nondas Davis                                                            Chapter 13
Edward Davis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Virginia              Page 1 of 2             Date Rcvd: Mar 09, 2017
                                Form ID: pdf900             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2017.
```
jdb/db         +Nondas Davis,    Edward Davis,    4909 N. 15th Street,    Philadelphia, PA 19141-2136
13854060        Albert Einstein Oral Health Associates,    5501 Old York Road,    Paley Bldg. 2nd Floor,
                 Phila. PA. 19141-3018
13854061        Albert Einstein Practice Plan,    P.O. Box 8500-8735,    Philadelphia, PA. 19178-8735
13854065       +Cibik and Cataldo, P.C.,    437 Chestnut Street,    Suite 1000,    Philadelphia, PA. 19106,
                 ccpc@ccpclaw.com 19106-2426
13849400       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13854069        Einstein Practice Plan, Inc.,    P.O. BOX 8500-8735,    Philadelphia ,PA. 19178-6735
13854070       +PGW,    Legal Dept. 4th Floor,    800 Montgomery Avenue,    Philadelphia, PA 19122-2806
13869815       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13854074       +U.S. BANK NATIONAL ASSOCIATION,    c/o Peennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA 17101-1406,    Attn. Bankruptcy Department
13854287       +US Bank NA,    c/o Brian C. Nicholas, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 10 2017 02:09:32     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2017 02:09:21     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 02:12:21     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13854058       +E-mail/Text: EBNProcessing@afni.com Mar 10 2017 02:09:15
                 Afni, Inc. (original Creditor: Verizon),    P.O. Box 3427,    Bloomington, IL 61702-3427
13854059        E-mail/Text: tropiann@einstein.edu Mar 10 2017 02:09:02     Albert Einstein Healthcare Network,
                 101 E. Olney Avenue, Suite 301m,    3rd Floor,    Philadelphia PA. 19120-2470
13854062       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 10 2017 02:09:12     Asset Acceptance LLC,
                 P.O. BOX 2036,    Warren MI 48090-2036
13854066       +E-mail/Text: bankruptcy@phila.gov Mar 10 2017 02:09:31     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102-1504
13854067       +E-mail/Text: bankruptcy@phila.gov Mar 10 2017 02:09:32     City of Philadelphia Law Dept.,
                 WATER AND SEWER,    1515 Arch Street, 15th Floor,    Philadelphia PA 19102-1504
13854068       +E-mail/Text: tropiann@einstein.edu Mar 10 2017 02:09:02     Einstein Medical Center,
                 5501 Old York Road,    Philadelphia, PA 19141-3098
13854072        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2017 02:09:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division, P.O. BOX  280946,
                 Harrisburg, PA. 17128-0946
13853352        E-mail/Text: bnc-quantum@quantum3group.com Mar 10 2017 02:09:01
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13854073        E-mail/Text: bkrpt@retrievalmasters.com Mar 10 2017 02:09:13     RMCB,    P.O. BOX 1235,
                 Elmsford, NY 10523-0935
13861839       +E-mail/Text: blegal@phfa.org Mar 10 2017 02:09:14
                 US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PA HOU,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
                                                                                               TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13854064        CAR FINANCIAL
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13854063*      +Asset Acceptance LLC,    P.O. BOX 2036,    Warren MI 48090-2036
13854071*      +PGW,    Legal Dept. 4th Floor,    800 Montgomery Avenue,    Philadelphia, PA 19122-2806
                                                                                               TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Virginia              Page 2 of 2                   Date Rcvd: Mar 09, 2017
                               Form ID: pdf900             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PA
               HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              DIANE E. BARR    on behalf of Debtor Edward   Davis barrdupree09@yahoo.com,  dbarrcg@aol.com
              DIANE E. BARR    on behalf of Joint Debtor Nondas   Davis barrdupree09@yahoo.com,  dbarrcg@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NONDAS DAVIS  
EDWARD DAVIS

Chapter 13

Debtor

Bankruptcy No. 17-10158-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: March 9, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DIANE E BARR, ESQUIRE
LAW OFFICE OF DIANE E BARR
4206 CHESTNUT ST - 1ST FLR
PHILADELPHIA, PA 19104-

Debtor:
NONDAS DAVIS
EDWARD DAVIS
4909 N. 15th Street

Philadelphia, PA 19141